ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
LEON DICKERSON,                           :     ECF CASE

                                          :     06 Civ. 2137 (WCC)
                      Plaintiff,          :

       - against -                        :
                                                ORDER
ODYSSEY HOUSE, INC.,                      :

                      Defendant.          :
- - - - - - - - - - - - - - - - - - - - - X

**CONNER, Sr. D.J.:**

   The Court having been advised that all claims asserted herein have been settled, it is

   ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

SO ORDERED.

Dated:  White Plains, New York
        June 16, 2006

                                    _____
                                    WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Copies Mailed to Counsel of Record